*EXHIBIT C*

STATE OF CONNECTICUT

BY HIS EXCELLENCY

NED LAMONT

EXECUTIVE ORDER NO. 7BB

**PROTECTION OF PUBLIC HEALTH AND SAFETY DURING COVID-19 PANDEMIC AND RESPONSE – USE OF FACEMASKS OR CLOTH FACE COVERINGS, RESCHEDULING OF PRESIDENTIAL PREFERENCE PRIMARY TO AUGUST 11**

**WHEREAS**, on March 10, 2020, I issued a declaration of public health and civil preparedness emergencies, proclaiming a state of emergency throughout the State of Connecticut as a result of the coronavirus disease 2019 (COVID-19) outbreak in the United States and confirmed spread in Connecticut; and

**WHEREAS**, pursuant to such declaration, I have issued twenty-eight (28) executive orders to suspend or modify statutes and to take other actions necessary to protect public health and safety and to mitigate the effects of the COVID-19 pandemic; and

**WHEREAS**, COVID-19 is a respiratory disease that spreads easily from person to person and may result in serious illness or death; and

**WHEREAS**, the World Health Organization has declared the COVID-19 outbreak a pandemic; and

**WHEREAS**, the risk of severe illness and death from COVID-19 is higher for individuals who are 60 or older and for those who have chronic health conditions; and

**WHEREAS**, to reduce the spread of COVID-19, the United States Centers for Disease Control and Prevention and the Connecticut Department of Public Health recommend implementation of community mitigation strategies to increase containment of the virus and to slow transmission of the virus, including cancellation of gatherings of ten people or more and social distancing in smaller gatherings; and

**WHEREAS**, public health experts have determined that it is possible to transmit COVID-19 even before a person shows symptoms and through aerosol transmission; and

**WHEREAS**, public health experts have determined that wearing a cloth face covering may prevent transmission by an infected person; and

**WHEREAS**, there exists a compelling interest, in order to limit the transmission of COVID-19, in requiring the use of appropriate personal protective equipment in public places when and where the risk of transmission is higher; and

.

**WHEREAS,** there exists a compelling interest in reducing the risk of transmission of COVID-19 among voters, poll workers, and residents, which risk would be heightened in the settings of indoor polling places and potential lines for voting, especially in polling places such as senior centers, schools, community centers, and other public facilities; and

**WHEREAS,** Executive Order No. 7G, Section 1 rescheduled Connecticut's presidential preference primary from April 28, 2020 to June 2, 2020; and

**WHEREAS,** it is likely that on June 2, 2020, the currently scheduled date of Connecticut's presidential preference primary, such heightened risk will remain; and

**WHEREAS,** on August 11, 2020 Connecticut is scheduled to conduct primary elections for other offices pursuant to Section 9-415 of the Connecticut General Statutes;

**NOW, THEREFORE, I, NED LAMONT,** Governor of the State of Connecticut, by virtue of the authority vested in me by the Constitution and the laws of the State of Connecticut, do hereby **ORDER AND DIRECT:**

1. **Cloth Face Coverings or Higher Level of Protection Required in Public Wherever Close Contact is Unavoidable.** Effective at 8:00 p.m. on Monday, April 20, 2020, any person in a public place in Connecticut who is unable to or does not maintain a safe social distance of approximately six feet from every other person shall cover their mouth and nose with a mask or cloth face-covering. In addition, individuals shall use a mask or cloth face covering when using the services of any taxi, car, livery, ride-sharing or similar service or means of mass public transit, or while within any semi-enclosed transit stop or waiting area. The Commissioner of Economic and Community Development shall issue updated versions to the Safe Workplace rules issued pursuant to Executive Order No. 7V, Section 1 and the Safe Stores rules issued pursuant to Executive Order No. 7S, Section 1, which updated versions shall set forth additional requirements for face coverings within those settings. Nothing in this order shall require the use of a mask or cloth face covering by anyone for whom doing so would be contrary to his or her health or safety because of a medical condition, a child in a child care setting, anyone under the age of 2 years, or an older child if the parent, guardian or person responsible for the child is unable to place the mask safely on the child's face. If a person declines to wear a mask or face covering because of a medical condition as described above, such person shall not be required to produce medical documentation verifying the stated condition. This order shall supersede and preempt any current or future municipal order.

2. **Further Postponement of Presidential Preference Primary to August 11.** To protect the health and safety of voters, poll workers, and the most vulnerable members of our population, I hereby further modify Section 9-464 of the Connecticut General Statutes to provide that on August 11, 2020, each party shall conduct a primary in each town if the names of two or more candidates for President of the

United States remain on such party's ballot in accordance with the provisions of chapter 154 of the General Statutes.

Unless otherwise specified herein, this order shall take effect immediately and remain in effect for the duration of the public health and civil preparedness emergency, unless earlier modified, extended or terminated.

Dated at Hartford, Connecticut, this 17th day of April, 2020.

*Ned Lamont*
Ned Lamont
Governor

By His Excellency's Command

*Denise W. Merrill*
Denise W. Merrill
Secretary of the State