IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDY URSO | : | 3:20-cv-00529-KAD |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| GOVERNOR NED LAMONT | : | |
| *Defendant.* | : | JULY 23, 2020 |

## Defendant's Motion for Extension of Time

Pursuant to Local Rule 7(b), the Defendant, Governor Ned Lamont ("Defendant"), hereby respectfully requests a thirty-day extension of time in which to respond to the Amended Complaint, up to and including August 29, 2020. This is Defendant's first request to extend this deadline. The Plaintiff, Lindy Urso, consents to this motion. In support of this motion Defendant represents as follows:

1. Defendant was served on July 9, 2020. His response to the Amended Complaint is therefore currently due by July 30, 2020.

2. The Amended Complaint raises six different categories of constitutional claim, most of which are brought under both the state and federal constitutions. All of these claims are important and will require their own research and analysis.

3. In addition to reviewing the Amended Complaint and researching and preparing an appropriate response to it, the undersigned is counsel in a number of other matters related to the COVID-19 pandemic, including *Fay v. Merrill*, SC 20477 (Conn.), *Fay v. Merrill*, No. HHD-CV20-6130532-S (Conn. Super.), *Roxy v. Lamont*, No. HHD-CV20-6128585-S (Conn. Super.), *Rapini v. Merrill*, No. HHB-

CV20-6060234-S (Conn. Super.), and *Connecticut State Conference of NAACP Branches v. Merrill*, No. 3:20-cv-00909-JBA (D. Conn.). The *Fay* matters are being heard on an expedited basis and involve extremely important issues related to the ability of all voters in Connecticut to vote by absentee ballot in the August primaries on August 11, 2020.

4. Due to the press of these and other matters, the undersigned requires additional time in which to respond to the Amended Complaint in this case. The additional time will not prejudice the Court, the Parties or the continued progression of this case.

5. This is Defendant's first request for an extension of time.

6. Plaintiff consents to this request.

WHEREFORE, Defendant respectfully requests that the Court extend the time for him to respond to the Amended Complaint by thirty days, up to and including August 29, 2020.

    Respectfully Submitted,

    DEFENDANT
    GOVERNOR NED LAMONT

    WILLIAM TONG
    ATTORNEY GENERAL

    BY: */s/ Michael K. Skold*
    Michael K. Skold (ct28407)
    Assistant Attorney General
    165 Capitol Ave., 5th Floor
    Hartford, CT 06106
    Tel: (860) 808-5020
    Fax: (860) 808-5347
    Michael.skold@ct.gov

**CERTIFICATION**

I hereby certify that on July 23, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      */s/ Michael K. Skold*
      Michael K. Skold
      Assistant Attorney General