IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDY ROBERT URSO, | : | 3:20-cv-00529-KAD |
| *Plaintiff*, | : | |
| v. | : | |
| HIS EXCELLENCY, GOVERNOR NED LAMONT, | : | |
| | : | |
| *Defendant*. | : | NOVEMBER 1, 2021 |

**Defendant Governor Lamont's Notice of Supplemental Authority Relevant to the Pending Motions**

On October 19, 2020, Defendant Governor Lamont ("the Governor") filed a Motion to Dismiss and supporting Memorandum (No. 27) arguing that this Court should dismiss Plaintiff's operative Second Amended Complaint (No. 21)—which asks this Court to award declaratory and injunctive relief against the Governor in his official capacity[1]—in its entirety. That Motion has been fully briefed and pending since November 13, 2020. On June 8, 2021, Plaintiff filed a Second Motion to Amend/Correct (No. 36), which the Governor opposed on June 29, 2021 (No. 38). Plaintiff's Motion to Amend remains pending. The Court heard argument on the pending Motions on September 22, 2021.

This Notice is intended to inform the Court of a key legal development that has occurred since the Governor's filings and after oral argument. *See, e.g.*, *Metzner v. Quinnipiac University*, 2021 U.S. Dist. LEXIS 56744, at *22 (D. Conn. Mar. 25, 2021) (Dooley, J.) (considering notices of supplemental authority regarding legal

---

[1] Plaintiff does not seek an award of damages. *Second Amended Compl.*, p. 20 (prayer for relief requesting declaratory relief and a permanent injunction, but not damages).

1

developments during "the COVID-19 pandemic"). Specifically, the Second Circuit issued the attached Summary Order in *Carlone v. Lamont*, No. 21-871 ("*Summary Order*") (Attached).

The Governor discussed this Court's (Shea, J.) decision in *Carlone* in both his briefing and oral argument. *See, e.g., Defendant Governor Lamont's Opposition to Plaintiff's Motion for Leave to Amend/Supplement Complaint*, pp. 11-12, 23, 24 & A12 (ECF Nos. 38 & 38-1). This Notice is to inform the Court that the Second Circuit unanimously affirmed this Court's decision in *Carlone*, holding *inter alia* that the *pro se* attorney Plaintiff in *Carlone* failed to make sufficient non-conclusory factual allegations to meet his burden to adequately plead standing. *Summary Order*, pp. 3-7.[2]

                                                      Respectfully submitted,

                                                      GOVERNOR NED LAMONT

                                                      WILLIAM TONG
                                                      ATTORNEY GENERAL

BY: */s/ Robert J. Deichert*
      Robert J. Deichert (ct24956)
      Assistant Attorney General
      Attorney General's Office
      165 Capitol Avenue
      Hartford, CT 06106
      860-808-5020 (phone)
      860-808-5347 (fax)
      Robert.Deichert@ct.gov
      *Attorney for the Governor*

---

[2] The Second Circuit also held that this Court did not abuse its discretion by not granting the plaintiff leave to amend *sua sponte*. *See Summary Order*, p. 7.

## Certification of Service

I hereby certify that on November 1, 2021, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Robert J. Deichert*
Robert J. Deichert
Assistant Attorney General